IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FEDERATION OF AMERICANS FOR CONSUMER CHOICE, INC., et al., § § § § § Plaintiffs, § § v. § § UNITED STATES DEPARTMENT OF § LABOR, et al., § § Defendants. § § | Case No. 6:24-cv-163-JDK |

**ORDER ON PRELIMINARY INJUNCTION BRIEFING**

Before the Court is Plaintiffs' agreed motion for leave regarding page limits and for a briefing schedule on their motion for a preliminary injunction. Docket No. 7. The Court **GRANTS** the motion.

Plaintiffs' motion for a preliminary injunction (Docket No. 8) is accepted as filed. The Court **ORDERS** the following briefing schedule shall apply as to Plaintiffs' motion:

- Defendants may file a response of up to 40 pages by June 14, 2024;
- Plaintiffs may file a reply of up to 15 pages by June 28, 2024;
- Defendant may file a surreply of up to 5 pages by July 10, 2024.

The Court further **ORDERS** that the parties include any supporting materials in an appendix filed with their briefs. Each party may assemble their own appendix as a self-contained document, separate from their briefs. Each page of the appendix must be consecutively numbered starting at "1" and continuing sequentially through

1

the last page of the entire appendix (i.e., the numbering system must not re-start with each succeeding document in the appendix). Page numbers for appendices to the reply or surreply with additional supporting materials, if necessary, should continue the numbering from the earlier appendix.

**So ordered and signed on this**
**May 24, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE