UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CIVIL ACTION NO: 6:24-CV-00163

FEDERATION OF AMERICANS FOR CONSUMER CHOICE INC., ET AL
VS
UNITED STATES DEPARTMENT OF LABOR, ET AL

## RETURN

Came to my hand:   05/07/2024 , at   10:00   o'clock   A.M.

- Summons in a Civil Action
- Complaint
- Civil Cover Sheet

And executed by me on 06/4/2024, at 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530, by delivering to UNITED STATES DEPARTMENT OF LABOR by delivering to ATTORNEY GENERAL MERRICK B. GARLAND, by Certified Mail, Return Receipt Requested, a true copy of the above specified civil process having first endorsed on such copy the date of mailing. Return receipt was never forthcoming. USPS website confirms delivery on 05/30/2024 at 11:39 a.m. Copy of website page attached hereto.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit. I am a private process server authorized to serve citations by certified mail pursuant to the Texas Rules of Civil Procedure.

By: Tracie McMichael
ASSURED CIVIL PROCESS AGENCY
5926 Balcones Dr. Ste. 290, Austin, TX 78731

STATE OF TEXAS }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within her personal knowledge to be true and correct. Given under my hand and seal of office on this the

DANA L. McMICHAEL
ID #4733578
My Commission Expires
April 23, 2028

Notary Public

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| FEDERATION OF AMERICANS FOR CONSUMER CHOICE, INC., ET AL.<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF LABOR, AND JULIE SU, IN HER OFFICE CAPACITY AS ACTING SECRETARY OF LABOR<br><br>*Defendant(s)* | Civil Action No. 6:24-CV-00163 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Labor
c/o Attorney General Merrick B. Garland
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew G. Jubinsky
Don Colleluori
Parker D. Young
Figari + Davenport, LLP
901 Main Street, Suite 400
Dallas, Texas 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **5/6/2024**

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U....

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700480430899

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:39 am on June 4, 2024 in WASHINGTON, DC 20210.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
June 4, 2024, 11:39 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers