# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| FEDERATION OF AMERICANS FOR CONSUMER CHOICE, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 6:24-cv-00163-JDK<br>) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the Defendants in this action appeal to the United States Court of Appeals for the Fifth Circuit from this Court's July 25, 2024 Memorandum Opinion and Order, ECF No. 32.

Dated: September 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

s/*Galen N. Thorp*
GALEN N. THORP

1

Senior Trial Counsel
ALEXANDER N. ELY
GARRETT MANNCHEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 993-5177; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ *Galen N. Thorp*
Galen N. Thorp

Counsel for Defendants