IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FEDERATION OF AMERICANS FOR CONSUMER CHOICE, INC.; JAMES HOLLOWAY; JAMES JOHNSON; TX TITAN GROUP, LLC; PROVISION BROKERAGE, LLC; and V. ERIC COUCH,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR and JULIE SU, in her official capacity as ACTING SECRETARY OF LABOR,<br><br>*Defendants.* | C.A. No. 6:24-cv-00163 |

## JOINT STATUS REPORT

Plaintiffs Federation of Americans for Consumer Choice, Inc., James Holloway, James Johnson, TX Titan Group, LLC, Provision Brokerage, LLC, and V. Eric Couch (collectively, "Plaintiffs"), and Defendants United States Department of Labor and Julie Su, in her Official Capacity as Acting Secretary of Labor (together, "Defendants"), hereby file this Joint Status Report and submit the following:

On September 3, 2024, the parties submitted a Corrected Joint Status Report [Doc. 37] requesting the Court permit submission of a status report on September 27, 2024, after Defendants had an opportunity to decide whether to seek an interlocutory appeal of the Court's Memorandum Opinion and Order Granting Plaintiffs' Motion for a Stay of the Effective Date of the Retirement Security Rule. [Doc. 32.] The Court granted the parties'

1

requests. [Doc. 38.]

Defendants filed a Notice of Appeal [Doc. 39] on September 20, 2024, appealing the Memorandum Opinion and Order to the United States Court of Appeals for the Fifth Circuit. While a notice of appeal from an interlocutory order does not completely divest a district court of jurisdiction over the case, *Alice L. v. Dusek*, 492 F.3d 563, 564-65 (5th Cir.2007), the parties agree that in this case it would conserve the resources of the parties and the Court to stay this matter during the pendency of the interlocutory appeal to the Fifth Circuit. Any final judgment on the merits of this action will necessarily involve similar issues to those addressed in the Memorandum Opinion and Order, and the Fifth Circuit's ruling on the interlocutory appeal will be important to the Court's final resolution and disposition of this case.

The parties therefore jointly request that the Court stay this matter pending the disposition of the interlocutory appeal to the Fifth Circuit. A similar request to stay further proceedings pending the interlocutory appeal to the Fifth Circuit has been requested by the parties in the Northern District of Texas action, in which the effective date of the Retirement Security Rule was also stayed by the court.

Dated: September 27, 2024                              Respectfully submitted,

| | |
|---|---|
| */s/ Don Colleluori* | BRIAN M. BOYNTON |
| Andrew G. Jubinsky | Principal Deputy Assistant Attorney |
| Texas Bar No. 11043000 | General |
| andy.jubinsky@figdav.com | |
| Parker D. Young | JULIE STRAUS HARRIS |
| *Attorney-In-Charge* | Assistant Branch Director |
| Texas Bar No. 22204050 | |
| parker.young@figdav.com | */s/ Galen N. Thorp* |
| Don Colleluori | GALEN N. THORP |
| Texas Bar No. 04581950 | Senior Trial Counsel |
| don.colleluori@figdav.com | ALEXANDER N. ELY |
| Amber D. Reece | GARRETT F. MANNCHEN |
| Texas Bar No. 24079892 | Trial Attorneys |
| amber.reece@figdav.com | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| FIGARI + DAVENPORT, LLP | 1100 L Street NW |
| 901 Main Street, Suite 3400 | Washington, DC 20005 |
| Dallas, Texas 75202 | T: 202-993-5177 / F: 202-616-8470 |
| T: 214-939-2000 / F: 214-939-2090 | alexander.n.ely@usdoj.gov |
| | |
| *Attorneys for Plaintiffs* | *Counsel for Defendants* |