# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40637     Fed of Amer v. LABR
                 USDC No. 6:24-CV-163

Consolidated with

No. 24-10890 American Council v. LABR
             USDC No. 4:24-CV-482

The court has granted the joint motion to consolidate cases 24-40637 and 24-10890. Case number 24-40637 is the lead appeal. All future filings must be docketed in lead appeal case number 24-40637.

Further, the court has granted the joint motion for an extension of time to and including December 20, 2024, for filing the Appellants' brief.

Lastly, the court has denied as premature the joint motion to extend time to file Appellees' briefs in this case. The Appellees' brief extension request may be re-urged if necessary after the Appellants' brief is filed.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Donald Colleluori
Mr. Kelly Patrick Dunbar
Mr. Russell Harris Falconer
Mr. Charles William Fillmore
Mr. Andrew G. I. Kilberg
Mr. Kevin Lamb
Mr. Jason J. Mendro
Ms. Karen S. Mitchell
Mr. David O'Toole
Mr. David W. Ogden
Mr. Leif Eric Overvold

Ms. Amber Dawn Reece
Mr. Andres C. Salinas
Mr. Eugene Scalia
Mr. Lochlan Francis Shelfer
Ms. Galen Thorp
Mr. Michael Alan Yanof
Mr. Parker Douglas Young

**P.S. to Counsel:** A revised copy of the caption is enclosed for use on all future filings.

———————

Case No. 24-40637

———————

Federation of Americans for Consumer Choice, Incorporated; James
Holloway; James Johnson; Texas Titan Group; Provision Brokerage,
L.L.C.; V. Eric Couch,

Plaintiffs - Appellees

v.

United States Department of Labor; Julie A. Su, Acting
Secretary, U.S. Department of Labor, in her official capacity,

Defendants - Appellants

consolidated with

———————

No. 24-10890

———————

American Council of Life Insurers; National Association of
Insurance and Financial Advisors - Fort Worth; National
Association of Insurance and Financial Advisors - Dallas;
National Association of Insurance and Financial Advisors-
Pineywoods of East Texas; National Association of Insurance and
Financial Advisors - Texas; National Association of Insurance
and Financial Advisors; National Association for Fixed
Annuities; Insured Retirement Institute; Finseca,

Plaintiffs - Appellees

Financial Services Institute; Securities Industry and Financial
Markets Association,

Intervenor Plaintiffs - Appellees

v.

United States Department of Labor; Julie Su, in her official
capacity as Acting Secretary, United States Department of Labor,

Defendants - Appellants